IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00454-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CESAR OMAR RAUDALES,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing scheduled for November 8, 2010, at 10:00 a.m. has been <u>rescheduled</u> to **November 4, 2010, at 10:00 a.m.**

    DATED: August 3, 2010